```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHOKANG SHIPPING CO. LTD., : 08 Civ. 9447 (SHS)

               Plaintiff, :

               -against- : ORDER

FAIRDEAL SUPPLIES PVT. LTD., :

               Defendant. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

      A pretrial conference having been held today, with counsel for plaintiff present, and no appearance on behalf of defendant,

      IT IS HEREBY ORDERED that the next a pretrial conference will be held on June 30, 2009, at 10:00 a.m.

Dated: New York, New York
       June 9, 2009

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.